UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                          Case No.  3:14cr98/MCR

**NASTASSJA N. SASSAU**
_____/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Amended Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, NASTASSJA N. SASSAU, to Counts Three and Four of the Superseding Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 25th day of February, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**